1 **SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
2 gersonsmoger@gmail.com
Steven M. Bronson (SBN 246751)
3 steven.bronson@gmail.com
Mark T. Baller (SBN 261331)
4 markballer@gmail.com
3175 Monterey Blvd
5 Oakland, CA, 94602-3560
Phone:  (510) 531-4529
6 Fax:      (510) 531-4377

7 **SEEGER WEISS LLP**                          **ARBOGAST & BERNS LLP**
Jonathan Shub (SBN 237708)                David M. Arbogast (SBN 167571)
8 jshub@seegerweiss.com                     darbogast@law111.com
Miriam L. Schimmel (SBN 185089)    Jeffrey K. Berns, Esq. (SBN 131351)
9 mschimmel@seegerweiss.com          jberns@law111.com
1515 Market Street, Suite 1380             19510 Ventura Boulevard, Suite 200
10 Philadelphia, PA 19107                         Tarzana, California 91356
Phone: (215) 564-2300                          Phone: (818) 961-2000
11 Fax     (215) 851-8029                          Fax:    (818) 654-5988

12 Attorneys for Plaintiffs and all others Similarly Situated

13

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

16 DOROTHY PERALTA, STEVEN S.               )   **CASE NO. 3:09-cv-03288-PJH**
BIGVERDI and JAMES MOSCOSO, on behalf )
17 of themselves and others similarly situated,    )
                                                                          )   CLASS ACTION
18                          Plaintiffs,                                )
                                                                          )
19                                                                       )   **STIPULATION AND [PROPOSED] ORDER**
           v.                                                          )   **RE CONTINUING HEARING AND**
20                                                                       )   **BRIEFING DATES RE PLAINTIFFS**
                                                                          )   **MOTION TO REMAND ACTION BACK TO**
21 COUNTRYWIDE HOME LOANS, INC. f/k/a )      **STATE COURT**
AMERICAS WHOLESALE LENDER,           )
22 COUNTRYWIDE HOME LOANS, INC., and )
COUNTRYWIDE BANK, FSB; and DOES 1 )
23 through 200, inclusive,                              )
                                                                          )
24                          Defendants.                            )
                                                                          )
25                                                                       )   Complaint filed:    June 2, 2009
                                                                          )   Removal filed:     July 17, 2009
26                                                                       )

27

28

---

Stipulation and [Proposed] Order re Motion for Remand - 3:09-cv-03288-PJH

## **STIPULATION**

WHEREAS, on June 2, 2009, Plaintiffs, DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO ("Plaintiffs"), filed their class action complaint in the Superior Court of California, Alameda County;

WHEREAS, on July 17, 2009, Defendants, COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB ("Defendants), filed their removal to the United States District Court, Northern District of California;

WHEREAS, on August 12, 2009, Plaintiffs filed their motion for remand for hearing on September 16, 2009 before United States Magistrate Judge, James Larson;

WHEREAS, on that same day, August 12, 2009, Defendants filed their Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

WHEREAS, on August 14, 2009, Plaintiffs filed their Amended Notice of Motion to Remand for hearing on September 16, 2009 before this Court;

WHEREAS, on that same date, August 14, 2009, counsel for Defendants requested to move the hearing date on Plaintiffs motion for remand; and

WHEREAS, counsel for Defendants and counsel for Plaintiffs have agreed to continue the hearing date and modify the briefing schedule as follows.

IT IS THEREFORE STIPULATED by and between Defendants and Plaintiffs that, should the Court's schedule permit, the hearing on Plaintiffs motion for remand set for September 16, 2009 be continued to October 21, 2009.  Defendants opposition shall now be due on September 16, 2009 and Plaintiffs reply shall be due on October 7, 2009.

IT IS SO STIPULATED:

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: August 18, 2009 | Respectfully submitted,<br>DOROTHY PERALTA, STEVEN S. BIGVERDI |
| 2 | | and JAMES MOSCOSO |
| 3 | | By their attorneys, |
| 4 | | */s/ David M. Arbogast*<br>David M. Arbogast, Esq. |
| 5 | | **ARBOGAST & BERNS LLP**<br>19510 Ventura Blvd., Suite 200 |
| 6 | | Tarzana, CA  91356<br>Phone: (818) 961-2000 |
| 7 | | Fax:    (818) 867-4820 |
| 8 | | *Attorneys for Plaintiff* |
| 9 | DATED: August 18, 2009 | COUNTRYWIDE HOME LOANS, INC. f/k/a<br>AMERICAS WHOLESALE LENDER, |
| 10 | | COUNTRYWIDE HOME LOANS, INC., and<br>COUNTRYWIDE BANK, FSB |
| 11 | | |
| 12 | | By their attorneys, |
| 13 | | */s/ Brooks R. Brown* |
| 14 | | Brooks R. Brown (SBN 250724)<br>**GOODWIN PROCTER LLP** |
| 15 | | 10250 Constellation Boulevard<br>Los Angeles, CA  90067 |
| 16 | | Phone: (310) 788-5100<br>Fax:    (310) 286-0992 |
| | | bbrown@goodwinprocter.com |

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs motion for remand, currently set for September 16, 2009, is continued to Wednesday, October ~~21~~ 28, 2009 at 9:00 a.m.;

2. Defendants opposition shall now be due on or before September 16, 2009; and

3. Plaintiffs reply shall now be due on or before October 7, 2009.

**IT IS SO ORDERED**

Dated: __August 20__, 2009

_____
HON. PHYLLIS J. HAMILTON
DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-3-

Stipulation and [Proposed] Order re Motion for Remand - 3:09-cv-03288-PJH