**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gersonsmoger@gmail.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
Mark T. Baller (SBN 261331)
markballer@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Phone:  (510) 531-4529
Fax:     (510) 531-4377

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
Miriam L. Schimmel (SBN 185089)
mschimmel@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax     (215) 851-8029

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

Attorneys for Plaintiffs and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 3:09-cv-03288-PJH<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint filed:   June 2, 2009<br>Removal filed:     July 17, 2009 |

Stipulation and [Proposed] Order re CMC and ADR dates - 3:09-cv-03288-PJH

**JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RELEVANT DEADLINES**

WHEREAS, on June 2, 2009, Plaintiffs, DOROTHY PERALTA, STEVEN S. BIGVERDI and JAMES MOSCOSO ("Plaintiffs"), filed their class action complaint in the Superior Court of California, Alameda County;

WHEREAS, on July 17, 2009, defendants named as COUNTRYWIDE HOME LOANS, INC. f/k/a AMERICAS WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE BANK, FSB ("Defendants), removed this action to this Court pursuant to 28 U.S.C. §§ 1331 and 1332;

WHEREAS, after Defendants' removal, this action was originally assigned to the Honorable James Larson;

WHEREAS, on July 17, 2009, Judge Larson issued an Order Setting Initial Case Management Conference and ADR Deadlines (the "July 17 Order");

WHEREAS, on August 12, 2009, Plaintiffs filed their Motion to Remand before Judge Larson;

WHEREAS, by order dated August 14, 2009 (the "Reassignment Order"), the Clerk of the Court reassigned this case to this Court, the Honorable Phyllis J. Hamilton presiding;

WHEREAS, the Reassignment Order stated "ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED";

WHEREAS, on August 14, 2009, Plaintiffs filed their Amended Notice of Motion to Remand for hearing on September 16, 2009 before this Court;

WHEREAS, on September 1, 2009, Defendants filed their Motion to Dismiss and Motion to Transfer Venue;

WHEREAS, pursuant to the stipulation of the parties and order of the Court, the hearing on Plaintiffs' Motion for Remand and Defendants' Motions to Dismiss and Transfer Venue have been continued to November 4, 2009;

WHEREAS, on August 20, 2009, this Court (Hamilton, J.) issued an Order Setting Case Management Conference (the "August 20 Order");

1  WHEREAS, the August 20 Order set a case management conference in this action for November 5, 2009 -- the day after the current hearing date on Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss and Transfer Venue -- and set October 30, 2009 as the deadline for the parties to file a joint case management statement;

2  WHEREAS, in light of the November 4, 2009 hearing date and to conserve this Court's and parties' resources pending resolution of the motions now before the Court, the parties agree that it is appropriate to continue the November 5 case management conference to December 10, 2009 (or a date thereafter available to the Court following resolution of the Motions;

3  WHEREAS, counsel for all parties are available on December 10, 2009;

4  WHEREAS, no party will be prejudiced by the relief requested in this Stipulation;

5  WHEREAS, on October 16, 2009, the Clerk of the Court issued its NOTICE RE: NONCOMPLIANCE WITH COURT ORDER concerning the ADR Deadline set forth in the July 17 Order;

6  WHEREAS, pursuant to the Reassignment Order, the parties reasonably believed that the July 17 Order and ADR deadlines set forth therein had been vacated in their entirety;

7  WHEREAS, in order to eliminate any issues going-forward with respect to the July 17 Order, the parties have agreed that it would be appropriate for this Court to vacate the July 17 Order and all deadlines set forth therein, including the ADR deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendants, by their undersigned counsel, that (1) the Initial Case Management Conference set for November 5, 2009 should be rescheduled to December 10, 2009 (or a date thereafter convenient to the Court after resolution of the pending motions), (2) that all corresponding deadlines set forth in the August 20 Order shall be extended accordingly, and (3) the Court should vacate the July 17 Order and all deadlines set forth therein.

IT IS SO STIPULATED:

/ / /

/ / /

/ / /

1  DATED: October 26, 2009          Respectfully submitted,
                                    DOROTHY PERALTA, STEVEN S. BIGVERDI
2                                   and JAMES MOSCOSO

3                                   By their attorneys,

4                                    */s/ David M. Arbogast*
                                    David M. Arbogast, Esq.
5                                   **ARBOGAST & BERNS LLP**
                                    6303 Owensmouth Ave., 10th Floor
6                                   Woodland Hills, CA 91367-2263
                                    Phone: (818) 961-2000
7                                   Fax:    (818) 936-0232

8                                   *Attorneys for Plaintiff*

9

10 DATED: October 26, 2009          COUNTRYWIDE HOME LOANS, INC. f/k/a
                                    AMERICAS WHOLESALE LENDER,
11                                  COUNTRYWIDE HOME LOANS, INC., and
                                    COUNTRYWIDE BANK, FSB
12
                                    By their attorneys,
13

14                                   */s/ Brooks R. Brown*
                                    Brooks R. Brown (SBN 250724)
15                                  **GOODWIN PROCTER LLP**
                                    10250 Constellation Boulevard
16                                  Los Angeles, CA  90067
                                    Phone: (310) 788-5100
17                                  Fax:    (310) 286-0992
                                    bbrown@goodwinprocter.com
18
                                    *Attorneys for Defendants*
19

20

21                          **[PROPOSED] ORDER**

22        Pursuant to the Stipulation of counsel, and for good cause shown, IT IS HEREBY ORDERED

23 that:

24        1.     The Court's (Larsen, M.J.) July 17, 2009 Order Setting Initial Case Management

25 Conference ~~and ADR Deadlines, together with all deadlines set forth there~~, is vacated; and

26        2.     The Initial Case Management Conference currently scheduled for November 5, 2009

27 shall be continued to  December 10    , ~~2010~~ 2009, with the parties' joint case management statement due

28 not less than seven (7) days before the conference; and

-4-

Stipulation and [Proposed] Order re CMC and ADR dates - 3:09-cv-03288-PJH

1       3. ~~The Clerk of the Court shall issue new ADR Deadlines based upon the~~

2    _____, ~~2010 Initial Case Management Conference date~~.

4     **IT IS SO ORDERED**

6    Dated: Oct. 30 , 2009



                               HON. PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT JUDGE